FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2012 MAR -6 PM 4:55

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

GERALD WHITE,

    Plaintiff,

v.                              Case No. 3:12-cv-70-J-20MCR

OFFICER JOHN DOE #1, etc.;
et al.,

    Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff filed a Civil Rights Complaint (Doc. #1) (hereinafter Complaint) on January 23, 2012; however, Plaintiff did not pay the $350.00 filing fee or file a request to proceed in forma pauperis within thirty days of the commencement of the action. Thus, pursuant to Rule 1.03(e) of the Local Rules of the United States District Court for the Middle District of Florida, this action will be dismissed without prejudice. See also 28 U.S.C. §§ 1914(a), 1915(a)(1).

If Plaintiff decides to initiate a new civil rights case, he must pay the $350.00 filing fee or file a request to proceed in forma pauperis within thirty days of the commencement of the action.

Accordingly, it is now

**ORDERED AND ADJUDGED:**

1. The **Clerk of the Court** shall send Plaintiff a Civil Rights Complaint form and an Affidavit of Indigency form. Plaintiff should not place this case number on the forms. A new case number will be assigned by the Clerk of the Court.

2. This case is hereby **DISMISSED** without prejudice.

3. The Clerk of the Court shall enter judgment accordingly and close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this _____ day of March, 2012.

_____
UNITED STATES DISTRICT JUDGE

sa 3/1
c:
Gerald White

2